988 A.2d 1288

In re PHILADELPHIA ENTERTAINMENT AND DEVELOPMENT PARTNERS, L.P.

Petition of Eastern Pennsylvania Citizens Against Gambling and James D. Schneller.

No. 159 EM 2009.

Supreme Court of Pennsylvania.

Feb. 3, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of February, 2010, the Petition for Review is **DENIED.**